**ENTERED**

**JUN 10 2005**

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                 Criminal Number: 5:00-cr-00185-06

**CAMERON LEE JONES**

### ORDER

At Beckley, on June 10, 2005, came the United States of America by Susan Arnold, Assistant United States Attorney, and also came the Defendant, in person, and by his court-appointed counsel, Dennis Curry, Esquire, for the purpose of a Preliminary Hearing on a *Petition for Warrant or Summons for Offender Under Supervision*. Also present was Kenneth Sales, Jr., United States Probation Officer.

The Defendant advised that he did not contest the allegations contained in the petition. Accordingly, the Court found that there was probable cause to believe that the Defendant violated the conditions of supervision as alleged in the Petition.

By proffer of counsel, Defendant proposed conditions for his release pending the Final Revocation Hearing. The Court found Defendant's proposal unacceptable. Accordingly, it is hereby **ORDERED** that the Defendant is remanded to the custody of the United States Marshal pending the Revocation Hearing. The Defendant shall next appear before the Honorable David A. Faber, Chief United States District Court Judge, for a Revocation Hearing on June 21, 2005, at 2:30 p.m., in Beckley.

The Clerk is directed to provide copies of this Order to the Defendant, all counsel of record, the Probation Department, and the United States Marshal in this District.

ENTER: June 10, 2005.

R. Clarke VanDervort
United States Magistrate Judge